UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP,<br><br>Plaintiff,<br><br>v.<br><br>AVE SELTSAM,<br><br>Defendant. | Case No. 22-cv-04927-HSG<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 4 |

Pending before the Court is Plaintiff's motion for a temporary restraining order. *See* Dkt. No. 4. Plaintiff is **DIRECTED** to serve the documents submitted to the Court under Docket Number 1 (the complaint), Docket Numbers 4, 5, 6, 7, 8, and 11 (the motion for a temporary restraining order, its supporting documents, and Plaintiff's proposed order), and Docket Number 15 (this Order) on Defendant by no later than 5:00 p.m. today, August 30, 2022. Plaintiff may serve these documents by electronic mail, and must file a declaration and any supporting proof confirming that this was done, including the email address(es) to which the documents were sent, by 10:00 a.m. on August 31, 2022.

Should Defendant oppose the relief sought by Plaintiff, she must file a response no later than 5:00 p.m. on Friday, September 2, 2022. The motion will stand submitted at that time unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 8/30/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge