# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 6, 2022 | **Time:** 2:02-2:09 p.m. (7 Minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 22-cv-04927-HSG | **Case Name:** Universal Protection Service, LP v. Ave Seltsam | |

**Attorney for Plaintiff:** Alex Smith
**Attorney for Defendant:** Ave Seltsam (pro se defendant) along w/Thomas Pasternak who has not yet entered an appearance

**Deputy Clerk:** Nikki D. Riley                                  **Not Reported**

**PROCEEDINGS:** Telephonic Initial Case Management Conference-Held

**Notes:** The parties are directed to meet and confer and e-file within 48-hours from today (September 8, 2022) a proposed stipulated temporary restraining order. Matter is continued to September 13, 2022 at 2 p.m. for a telephonic further case management conference.