UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES,

Plaintiff(s),

v.

AVE SELTSAM,

Defendant(s).

Case No. 4:22-cv-04927-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Matthew D. Crawford, an active member in good standing of the bar of the State of Georgia; USDC Northern District of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES in the above-entitled action. My local co-counsel in this case is Alex A. Smith, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 317224.

| | |
|---|---|
| 2573 Apple Valley Road NE<br>Atlanta, GA 30319 | 455 Capitol Mall, Suite 400<br>Sacramento, CA 95814 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (404) 909-8100 | (916) 970-1434 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mcrawford@martensonlaw.com | alexsmith@martensonlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 190109.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-12-2022

APPLICANT

Matthew D. Crawford

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew D. Crawford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/12/2022

UNITED STATES DISTRICT JUDGE



*Lawyers Serving the Public and the Justice System*

**Mr. Matthew D. Crawford**
**Martenson Hasbrouck & Simon LLP**
**2573 Apple Valley Road NE**
**Atlanta, GA  30319**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/19/2003 |
| **BAR NUMBER:** | 190109 |
| **TODAY'S DATE:** | 09/07/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435