JEREMY T. NAFTEL (SBN 185215)
jnaftel@martensonlaw.com
LAUREN B. KALFSBEEK (SBN 322153)
lkalfsbeek@martensonlaw.com
ALEX A. SMITH (SBN 317224)
alexsmith@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 400
Sacramento, California 95814
Telephone:  (916) 970-1434
Facsimile:   (404) 909-8120

Attorneys For Plaintiff
UNIVERSAL PROTECTION SERVICE, LP D/B/A ALLIED UNIVERSAL SECURITY SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>AVE SELTSAM,<br><br>Defendant. | CASE NO.: 4:22-cv-4927-HSG<br><br>**AGREED ORDER EXTENDING STIPULATED TEMPORARY RESTRAINING ORDER** |

This matter has come before the Court on the Agreed Motion to Extend Stipulated Temporary Restraining Order filed jointly by Plaintiff Universal Protection Service, LP d/b/a Allied Universal Security Services ("Plaintiff") and Defendant Ave Seltsam ("Defendant") (collectively, the "Parties"). The Parties have agreed to extend the Stipulated Restraining Order currently in place. That agreement is set forth below and now ordered by the Court as follows:

THE PARTIES HAVE AGREED AND IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the September 9, 2022, Stipulated Temporary Restraining Order (a copy of which is attached hereto and incorporated by reference as if fully set forth herein) shall continue in full force and effect until October 15, 2022, or until the date the Court sets for a hearing on a Preliminary Injunction, whichever is later.

Plaintiff shall not be required to post any bond or otherwise provide security.

Dated: _____9/19/2022_____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court for the
Northern District of California