JEREMY T. NAFTEL (SBN 185215)
jnaftel@martensonlaw.com
LAUREN B. KALFSBEEK (SBN 322153)
lkalfsbeek@martensonlaw.com
ALEX A. SMITH (SBN 317224)
alexsmith@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 400
Sacramento, California 95814
Telephone:  (916) 970-1434
Facsimile:   (404) 909-8120

Attorneys For Plaintiff
UNIVERSAL PROTECTION SERVICE, LP D/B/A ALLIED UNIVERSAL SECURITY SERVICES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES,<br><br>         Plaintiff,<br><br>    v.<br><br>AVE SELTSAM,<br><br>         Defendant. | CASE NO.: 4:22-cv-04927-HSG<br><br>**STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |

Before this Court is the Plaintiff's Motion for Expedited Discovery (the "Motion"), seeking expedited discovery. Upon the stipulation and agreement of Plaintiff and Defendant Ave Seltsam ("Defendant") (collectively, the "Parties"), the Court hereby grants Plaintiff's Motion.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall be entitled to notice, schedule, and take the deposition of Ave Seltsam ("Seltsam") within fourteen (14) days of the Court's order regarding expedited discovery and, if necessary, prior to Defendant Seltsam's appearance date.

2. Plaintiff shall be entitled to take and complete the depositions of Defendant Seltsam and the corporate representative of GardaWorld prior to the initiation of any other depositions in this matter.

3. Plaintiff shall be entitled to issue a subpoena duces tecum and ad testificandum to Defendant's current employer, GardaWorld.

4. Defendant Seltsam shall be permitted to take a deposition of a corporate representative of Plaintiff.

5. The Parties may serve no more than ten (10) requests for production of documents and five (5) interrogatories on each other. Defendant must serve any objections to Plaintiff's First Requests for Production of Documents and First Set of Written Interrogatories to Defendant ("Plaintiff's Written Discovery") upon counsel for Plaintiff by Monday, September 19, 2022. Responses to Plaintiff's Written Discovery must be served upon counsel for Plaintiff by Wednesday, September 21, 2022. Any objections and/or responses to any other discovery requests shall be due no later than seven (7) calendar days after service of such discovery requests.

/ / /

6. The Parties may serve written discovery, deposition notices, and any other discovery material by hand delivery, regular mail, expedited mail, facsimile, or electronic mail, and the party serving such material shall be deemed to have effectuated service in accordance with the Federal Rules of Civil Procedures on the day of its receipt of the material so long as the material is received no later than 5:00 pm pacific time.

SIGNED this 19th day of September, 2022.

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court for the
Northern District of California