UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RENEE KELLY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CUBESMART, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-05470-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CHANGE DEADLINE**<br><br>Re: Dkt. No. 13 |

Pending before the Court is Plaintiff's unopposed administrative motion to change the deadline for filing an opposition to Defendants' motion to dismiss to October 27, 2022. *See* Dkt. Nos. 13, 14. The Court **GRANTS** the motion. The Court resets the deadlines on the motion to dismiss, Dkt. No. 7. The opposition is due October 27, 2022. The reply is due November 3, 2022.

**IT IS SO ORDERED.**

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge