|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES,

Plaintiff(s),

v.

AVE SELTSAM,

Defendant(s).

Case No. 4:22-cv-04927-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jason S. Alloy, an active member in good standing of the bar of the State of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: NON-PARTY WHELAN SECURITY D/B/A GARDAWORLD SECURITY SERVICES in the above-entitled action. My local co-counsel in this case is Jon Cieslak, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268951.

| 500 14th Street, N.W., Atlanta, GA 30318 | 4275 Executive Square, Suite 200, La Jolla, CA 92037 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL COUNSEL'S ADDRESS OF RECORD |
| (678) 701-9381 | (858) 964-4589 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jalloy@robbinsfirm.com | jon.cieslak@bonalawpc.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 013188.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2023

*/s/ Jason S. Alloy*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason S. Alloy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/6/2023

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        }
                                    } ss.
**NORTHERN DISTRICT OF GEORGIA**    }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JASON ALLOY, State Bar No. 013188,** was duly admitted to practice in said Court on 09/20/2004 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of December, 2022.

KEVIN P. WEIMER
CLERK OF COURT



By: *Beverly Creech*
Beverly Creech
Deputy Clerk