JEREMY T. NAFTEL (SBN 185215)
jnaftel@martensonlaw.com
LAUREN B. KALFSBEEK (SBN 322153)
lkalfsbeek@martensonlaw.com
ALEX A. SMITH (SBN 317224)
alexsmith@martensonlaw.com
MATTHEW D. CRAWFORD (*admitted pro hac vice*)
mcrawford@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
455 Capitol Mall, Suite 400
Sacramento, California 95814
Telephone:   (916) 970-1434
Facsimile:    (404) 909-8120

Attorneys For Plaintiff
UNIVERSAL PROTECTION SERVICE, LP D/B/A ALLIED UNIVERSAL
SECURITY SERVICES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | CASE NO.: 4:22-cv-04927-HSG |
| | **STIPULATED ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| Plaintiffs, | |
| v. | |
| AVE SELTSAM, | |
| Defendant. | |

Plaintiff Universal Protection Service, LP d/b/a Allied Universal Security Services ("Plaintiff") and Defendant Ave Seltsam ("Defendant") (collectively, the "Parties") have agreed to extend the Stipulated Temporary Restraining Order currently in place. That agreement is set forth below and now ordered by the Court as follows:

THE PARTIES HAVE AGREED AND IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the September 9, 2022, Stipulated Temporary Restraining Order (a copy of which is attached hereto as "Exhibit A" and incorporated by reference as if fully set forth herein) shall continue in full force and effect until May 15, 2023.

Plaintiff shall not be required to post any bond or otherwise provide security.

Dated: 4/17/2023

Hon. Haywood S. Gilliam, Jr.
United States District Court for the
Northern District of California

STIPULATED ORDER EXTENDING TEMPORARY RESTRAINING ORDER