1  JEREMY T. NAFTEL (SBN 185215)
2  jnaftel@martensonlaw.com
   LAUREN B. KALFSBEEK (SBN 322153)
3  lkalfsbeek@martensonlaw.com
4  ALEX A. SMITH (SBN 317224)
   alexsmith@martensonlaw.com
5  MATTHEW D. CRAWFORD (*admitted pro hac vice*)
6  mcrawford@martensonlaw.com
   MARTENSON, HASBROUCK & SIMON LLP
7  455 Capitol Mall, Suite 400
8  Sacramento, California 95814
   Telephone:  (916) 970-1434
9  Facsimile:   (404) 909-8120

10
   Attorneys For Plaintiff
11 UNIVERSAL PROTECTION SERVICE, LP D/B/A ALLIED UNIVERSAL
12 SECURITY SERVICES

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                         **OAKLAND DIVISION**
16

17
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | CASE NO.: 4:22-cv-04927-HSG |
|---|---|
| Plaintiffs, | **STIPULATED ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| v. | |
| AVE SELTSAM, | |
| Defendant. | |

Plaintiff Universal Protection Service, LP d/b/a Allied Universal Security Services ("Plaintiff") and Defendant Ave Seltsam ("Defendant") (collectively, the "Parties") have agreed to extend the Stipulated Temporary Restraining Order currently in place. That agreement is set forth below and now ordered by the Court as follows:

THE PARTIES HAVE AGREED AND IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the September 9, 2022, Stipulated Temporary Restraining Order (a copy of which is attached hereto as "Exhibit A" and incorporated by reference as if fully set forth herein) shall continue in full force and effect until July 14, 2023.

Plaintiff shall not be required to post any bond or otherwise provide security.

Dated: _____6/15/2023_____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court for the
Northern District of California